IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01186-PAB-KLM

ROSANNE ALFONSO, an individual,

    Plaintiff,

v.

SCC PUEBLO BELMONT OPERATING COMPANY, LLC, a Delaware limited liability company d/b/a Belmont Lodge Health Care Center,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion to Amend Case Caption** [Docket No. 18; Filed November 1, 2011] (the "Motion to Amend") and the parties' **Joint Motion for Entry of Protective Order** [Docket No. 19; Filed November 1, 2011] (the "Joint Motion").

IT IS HEREBY **ORDERED** that the Motion to Amend [#18] is **GRANTED**. The Clerk of Court is **ORDERED** to change Defendant's name on the docket to "SCC Pueblo Belmont Operating Company, LLC, a Delaware limited liability company d/b/a Belmont Lodge Health Care Center."

IT IS FURTHER **ORDERED** that the Joint Motion [#19] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#19-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: November 3, 2011