IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01186-PAB-KLM

ROSANNE ALFONSO, an individual,

　　　　Plaintiff,

v.

SSC PUEBLO BELMONT OPERATING COMPANY, LLC, a Delaware limited liability company d/b/a Belmont Lodge Health Care Center,

　　　　Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　　This matter is before the Court on Defendant's **Unopposed Motion to Modify the Scheduling Order to Allow Limited Discovery After the Discovery Cutoff and Move the Dispositive Motion Deadline to April 6, 2012** [Docket No. 25; Filed March 1, 2012] (the "Motion").

　　　　IT IS HEREBY **ORDERED** that the Scheduling Order entered on July 27, 2011 [#27] is amended as follows:

- Discovery deadline　　　　　　　　　　　　**April 4, 2012**
- Dispositive motions deadline　　　　　　　**April 6, 2012**

　　　　The discovery deadline is extended solely for Defendant to respond to the written discovery requests served by Plaintiff on March 2, 2012 and for the deposition of Kelly Blackwell.

　　　　Dated: March 2, 2012