Feb 11 10 04:04p        Belmont Lodge                                7195842353              p.2



**Occurrence Summary Reports for:**
**BELMONT LODGE HEALTH CARE CENTER**
Thursday, February 11, 2010 3:34 PM

Facility: BELMONT LODGE HEALTH CARE CENTER
Date of Occurrence: 10/20/2009
Report Timely: Yes
Type of Occurrence: Neglect

*Roseann Alfaro*

**DESCRIPTION OF OCCURRENCE:**
On 10/20/09 a female resident in her 60s reported that a staff member neglected to assist her with toileting as requested.

**FACILITY ACTION:**
The facility conducted an internal investigation. The facility notified the ombudsman, physician, state licensing agency and the police department. The resident needed total assist with all activities of daily living. She stated she informed the staff member that she needed to use the bathroom and the staff member told the resident it was time to eat and proceeded to feed her. The resident had an involuntary stool and was assisted by another staff member and provided emotional support. The alleged perpetrator denied the allegation. Other residents and family members were interviewed and no concerns with the stafff member were noted, however other staff expressed concerns about the alleged perpetrator. The facility substantiated the allegation and the staff member was terminated. The facility will continue to provide inservices on abuse and neglect.

**DEPARTMENT FINDINGS:**
The Department reviewed the facility's report and supplemental documentation and found that the facility acted appropriately by reporting the occurrence, notifying the appropriate persons and agencies, providing emotional support to the resident, interviewing residents, staff and family members, terminating the employee and inservicing staff on abuse and neglect. No deficient practice was cited. The Department will review this occurrence prior to any survey or upon receipt of any complaint that may be filed against this facility.

Sent to Facility: 11/24/2009

FACILITY COMMENT: Following receipt of the above summary, no additional comments were submitted by the facility.

Released to Public: 12/10/2009

Back to List of Occurrences for:BELMONT LODGE HEALTH CARE CENTER

8438100420230523/11/2010 5:01:49 PM [Central Standard Time]


EXHIBIT P

BL000319