IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01186-PAB-KLM

ROSANNE ALFONSO, an individual,

    Plaintiff,

v.

SSC PUEBLO BELMONT OPERATING COMPANY, LLC, a Delaware limited liability company d/b/a Belmont Lodge Health Care Center,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Modify the Scheduling Order to Reschedule the Final Pretrial Conference** [Docket No. 43; Filed May 14, 2012] (the "Motion"). The Final Pretrial Conference is currently set in this matter for June 19, 2012 at 9:30 a.m. Due to a direct conflict on its counsel's calendar, Defendant seeks to reschedule the Final Pretrial Conference to a time later that day or week. In fulfillment of its conferral obligation pursuant to D.C.COLO.LCivR 7.1A., Defendant states that Plaintiff has indicated its opposition to the Motion unless the Final Pretrial Conference is rescheduled to some time in late August or thereafter.

    IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**. The Final Pretrial Conference set for June 19, 2012 at 9:30 a.m. is **VACATED** and **RESET** to **July 16, 2012** at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **July 11, 2012**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at [http://www.cod.uscourts.gov/Home.aspx](http://www.cod.uscourts.gov/Home.aspx).**

Dated:  May 16, 2012