IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01186-PAB-KLM

ROSANNE ALFONSO, an individual,

    Plaintiff,

v.

SSC PUEBLO BELMONT OPERATING COMPANY, LLC, a Delaware limited liability company d/b/a Belmont Lodge Health Care Center,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify and Correct Exhibit 1 to Document 39** [Docket No. 48; Filed June 8, 2012] (the "Motion"). Plaintiff seeks to comply with the disclosure mandates of the Health Insurance Portability and Accountability Act of 1996 (HIPAA) by replacing a current exhibit to its Response to Defendant's Motion for Summary Judgment [#39] with a redacted version.

    IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**.

    IT IS FURTHER **ORDERED** that Exhibit 1, the Declaration of Rosanne Alfonso in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment [#39-1] is **STRICKEN**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 1**:[1] Exhibit 1, the Declaration of Rosanne Alfonso in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment [#39-1].

    IT IS FURTHER **ORDERED** that the redacted Declaration of Rosanne Alfonso in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment [#48-1], attached to the present Motion, shall be substituted as the correct Exhibit 1 to Plaintiff's

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. See D.C.COLO.LCivR 7.2.

Response to Defendant's Motion for Summary Judgment [#39].

Dated:  June 11, 2012