**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks	Date: December 21, 2012
Court Reporter: Janet Coppock	Time: one hour and 3 minutes

**CASE NO.   11-cv-01186-PAB-KLM**

| Parties | Counsel |
|---|---|
| **ROSANNE ALFONSO,** | Nelson Alston |
| Plaintiff (s), | |
| vs. | |
| **SCC PUEBLO BELMONT OPERATING COMPANY,** | Rogert Trim<br>Jessica Tsuda |
| Defendant (s). | |

**TRIAL PREPARATION CONFERENCE**

**10:003 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 4-day jury trial, commencing January 7, 2013.

Court and counsel discuss pending motions in limine.

**ORDERED:**   Defendant's Motion in Limine Regarding the Exclusion of Age-Based Comments Which Were Not Exhausted (Doc #61) is **DENIED ad MOOT.**

Page Two
11-cv-01186-PAB-KLM
December 21, 2012

**ORDERED:**  Court defers ruling on Defendant's Motion in Limine Regarding Time Barred Events and Events That Occurred Before Plaintiff Was Employed (Doc #62).

**ORDERED:**  Defendant's Motion in Limine Regarding Exclusions of Stricken Evidence (Doc #63) is **GRANTED.**

Court and counsel discuss Judge Brimmer's Practice Standards including jury selection, proposed voir dire, witnesses, exhibits, and opening statements limited to 25 minutes.

**ORDERED:**  Counsel shall prepare and submit a brief description of the case the morning of day one of trial.

**ORDERED:**   Counsel shall submit, limited to 3 pages, any cases to be cited, pertaining to the internal investigation by **December 27, 2012.**

**ORDERED:**  Any stipulations shall be marked as an exhibit.

**11:11 a.m.    COURT IN RECESS**

**Total in court time:         63 minutes**

**Hearing concluded**