# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01186-PAB-KLM

ROSANNE ALFONSO,

    Plaintiff,

v.

SCC PUEBLO BELMONT OPERATING COMPANY, LLC, a Delaware
limited liability company doing business as Belmont Lodge Health Care Center,

    Defendant.

## FINAL JUDGMENT

IN ACCORDANCE with Fed. R. Civ. P. 58(a) and the orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.    Pursuant to the Order entered December 14, 2012 by U.S. District Judge Philip A. Brimmer, Defendant SSC Pueblo Belmont Operating Company, LLC's Motion for Summary Judgment [ECF No. 32] is granted with respect to plaintiff's claims for discriminatory discharge on the basis of national origin; creation of a hostile work environment on the basis of national origin; and discriminatory demotion on the basis of national origin and age.

II.    This action was tried before a jury of nine duly sworn to try the issues herein with U.S. District Judge Philip A. Brimmer presiding, and the jury has rendered a verdict.  It is

ORDERED that pursuant to the verdict rendered, Plaintiff Rosanne Alfonso did not prove by a preponderance of the evidence that she was discharged as a result of a

hostile work environment on the basis of her age or that her age was a determinative factor in defendant's decision to discharge her.  Accordingly, it is

FURTHER ORDERED that the plaintiff shall recover nothing, this case is dismissed, and judgment is entered in favor of Defendant SCC Pueblo Belmont Operating  Company, LLC and against Plaintiff Rosanne Alfonso.  It is

FURTHER ORDERED that Defendant SCC Pueblo Belmont Operating Company, LLC is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this  11th day of January, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk